UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-5367 FMO (MRW) | Date | December 2, 2014 |
|---|---|---|---|
| Title | Cohan v. Colvin | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

   Plaintiff filed a notice stating that the government's lawyer (a) summarily refused to participate in good faith in a court-ordered settlement discussion with Plaintiff's lawyer and (b) failed to comply with the Court's briefing schedule. (Docket # 12.)  Although the docket reveals that the matter was recently reassigned from one agency lawyer to another, there is no explanation in the record for the alleged misconduct.

   Let's get one.  SAUSA Wolking is ordered to show cause why the Court should not strike the government's answer to the complaint and impose personal financial sanctions on its attorney based on the government's failure to comply with the Court's procedural order. SAUSA Wolking may discharge this OSC by submitting a sworn declaration (not to exceed 5 pages) by or before December 5 addressing these issues.  The declaration will contain a statement that agency counsel consulted on this issue with a supervisor from the Civil Division of the U.S. Attorney's Office in Los Angeles.  After that, the Court will take the matter under submission.