1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

REED PEARCE COHAN,

          Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

          Defendant.

Case No. CV 14-5367 FMO (MRW)


ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

19
20
21
22
23
24

     Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered in favor of Defendant.

25
26
27
28

DATE: February 10, 2015        _____/s/_____

                            HON. FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE